**GREENBERG TRAURIG, LLP**
Christopher R. Miltenberger, Esq.
(Nevada Bar No. 10153)
miltenbergerc@gtlaw.com
10845 Griffith Peak Drive
Las Vegas, NV 89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002

*Attorneys for Defendants Paysign, Inc.,
Mark R. Newcomer, and Mark Attinger*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YILAN SHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYSIGN, INC., MARK R. NEWCOMER, and MARK ATTINGER,<br><br>Defendants. | Case No. 2:20-cv-00553-GMN-DJA (*Shi*)<br>Case No. 2:20-cv-00585-JAD-VCF (*Chase*)<br><br>**STIPULATION TO SET COORDINATED BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>*Shi* Action Filed:     March 19, 2020<br>*Chase* Action Filed:  March 25, 2020 |
| LORNA CHASE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYSIGN, INC., MARK R. NEWCOMER, and MARK ATTINGER,<br><br>Defendants. | |

Plaintiff Yilan Shi ("Shi"), Plaintiff Lorna Chase ("Chase"), and Defendants Paysign, Inc., Mark R. Newcomer, and Mark Attinger (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 19, 2020, Shi filed the Class Action Complaint in *Yilan Shi v. Paysign, Inc. et al.*, Case No. 2:20-cv-00553-GMN-DJA (the "*Shi* Action");

WHEREAS, on March 25, 2020, Chase filed the Class Action Complaint in *Lorna Chase v. Paysign, Inc., et al.*, Case No. 2:20-cv-00585-JAD-VCF (the "*Chase* Action");

WHEREAS, on April 2, 2020, Gary Smith and Pamela Duvall (collectively, "Smith") filed the Class Action Complaint in *Gary Smith, et al. v. Paysign, Inc., et al.*, Case No. 2:20-cv-00631-JCM-NJK (the "*Smith* Action");

WHEREAS, on May 18, 2020, Shi, Smith, and Paysign Investor Group each filed a Motion to Consolidate, Appoint Lead Plaintiff, and Approve Counsel in the *Shi* Action;

WHEREAS, Shi and Smith subsequently withdrew their respective motions;

WHEREAS, on May 21, 2020, Smith voluntarily dismissed the *Smith* Action;

WHEREAS, Paysign Investor Group's Motion to Consolidate, Appoint Lead Plaintiff, and Approve Counsel ("Paysign Investor Group's Motion to Consolidate") is currently pending before the Court in the *Shi* Action;

WHEREAS, Defendants have accepted service of the Class Action Complaint in the *Shi* Action and waived service in the *Chase* Action;

**NOW, THEREFORE**, the parties stipulate and agree, subject to the order of the Court, that:

1. Upon approval of the Court, the *Shi* Action and the *Chase* Action shall be consolidated for all purposes under Case No. 2:20-cv-00553-GMN-DJA;
2. The two above-captioned actions, including but not limited to any obligation to respond to the Class Action Complaints in the *Shi* Action and the *Chase* Action, and all discovery and disclosure obligations under the applicable federal and local rules, is hereby stayed unless and until the Court issues a ruling denying Defendants' anticipated forthcoming motion to dismiss;
3. If the Court grants Paysign Investor Group's Motion to Consolidate, lead plaintiff shall have until forty (40) days after service of the Court's ruling on Paysign Investor Group's Motion to

Consolidate to file a consolidated class action complaint (the "Consolidated Complaint").

4. Defendants shall have until sixty (60) days after service of the Consolidated Complaint to file a motion to dismiss (or other responsive pleading).

5. Plaintiffs shall have until forty-five (45) days after service of the motion to dismiss to file their opposition brief.

6. Defendants shall have until thirty (30) days after service of Plaintiffs' opposition brief to file their reply brief.

**IT IS SO STIPULATED.**

DATED:  August 12, 2020            **GREENBERG TRAURIG, LLP**

By */s/ Christopher R. Miltenberger*
Christopher R. Miltenberger
*Attorneys for Defendants Paysign, Inc., et al.*

DATED:  August 12, 2020            **LEVERTY & ASSOCIATES LAW CHTD.**

By */s/ Patrick R. Leverty*
Patrick R. Leverty
William R. Ginn
*Attorneys for Plaintiff Yilan Shi*

DATED:  August 12, 2020            **POMERANTZ LLP**

By */s/ J. Alexander Hood, II*
Jeremy A. Lieberman
J. Alexander Hood II
*Attorneys for Plaintiff Lorna Chase*

**IT IS SO ORDERED.**

DATED this 18 day of August, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3
STIPULATION TO SET COORDINATED BRIEFING SCHEDULE

ACTIVE 49939095v1